IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02308-RPM

PAUL D. MCKINNIS and
DALRIADA ENTERPRISES LLC,
a Georgia corporation,

    Plaintiffs

v.

FITNESS TOGETHER FRANCHISE CORPORATION,
an Arizona corporation,

    Defendant.

---

ORDER DENYING MOTION FOR CERTIFICATION OF ORDER FOR
INTERLOCUTORY APPEAL

---

    Upon consideration of the Plaintiffs' Motion for Certification of Order for Interlocutory Appeal [15], it is

    ORDERED that the motion is denied.

    Dated:  December 17th, 2010

                          BY THE COURT:

                          s/Richard P. Matsch

                          Richard P. Matsch, Senior District Judge