IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02308-RPM

PAUL D. MCKINNIS and
DALRIADA ENTERPRISES LLC,
a Georgia corporation,

    Plaintiffs

v.

FITNESS TOGETHER FRANCHISE CORPORATION,
an Arizona corporation,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


    The Unopposed Motion for Leave to Reset Scheduling Conference [19] is granted.  The February 18, 2011, conference is vacated and **rescheduled for February 11, 2011, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The proposed scheduling order, in paper form, shall be submitted directly to chambers on or before **February 3, 2011.**

DATED: January 7, 2011