**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                February 11, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-02308-RPM

| | |
|---|---|
| PAUL D. MCKINNIS and | Harold R. Bruno III, |
| DALRIADA ENTERPRISES, LLC., a Georgia corporation, | David James Meretta |

      Plaintiffs,

v.

| | |
|---|---|
| FITNESS TOGETHER FRANCHISE CORPORATION, | Jess Alexander Dance |
| An Arizona corporation, | Leonard H. MacPhee |

      Defendant.

_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**9:55 a.m.      Court in session.**

Discussion regarding plaintiff's motion [21] and case claims.
Mr. Bruno states plaintiffs intend to proceed with the remaining claims.

**ORDERED:   Plaintiffs' Motion to Amend its Complaint to Bring Breach of Contract Claim, filed February 10, 2011 [21], is denied.**

Discussion regarding case facts and discovery.
Mr. Bruno states trial testimony by Georgia franchise entities will be by deposition.

Court states its view regarding any anticipated dispositive motions.
Court further states its practice regarding orders of reference to magistrate judge for settlement (joint motion).

**ORDERED:   Discovery cutoff August 31, 2011.
            Scheduling order approved.**

**10:06 a.m. Court in recess.**          Hearing concluded.  Total time: 11 min.