IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02308-RPM

PAUL D. MCKINNIS and
DALRIADA ENTERPRISES LLC,
a Georgia corporation,

    Plaintiffs

v.

FITNESS TOGETHER FRANCHISE CORPORATION,
an Arizona corporation,

    Defendant.

## ORDER FOR DISMISSAL

Pursuant to the Stipulation of Dismissal with Prejudice [26] filed September 7, 2011, it is

ORDERED that this action is dismissed with prejudice.

Dated:   September 8, 2011

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              Richard P. Matsch, Senior District Judge